AO 121 (Rev. 06/16)

| TO:<br><br>**Register of Copyrights<br>U.S. Copyright Office<br>101 Independence Ave. S.E.<br>Washington, D.C. 20559-6000** | **REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION OR APPEAL<br>REGARDING A COPYRIGHT** |
|---|---|

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| ☑ ACTION ☐ APPEAL | COURT NAME AND LOCATION |
|---|---|
| DOCKET NO. **1:26-cv-2533**    DATE FILED **3/27/2026** | United States District Court - Southern District of New York<br>500 Pearl Street<br>New York, NY 10007 |

| PLAINTIFF | DEFENDANT |
|---|---|
| Andy Ryan Photographer, LLC | Besa Restoration, LLC, et al. |

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OR WORK |
|---|---|---|
| 1 VA 2-381-755 | 2023-10-16_515 W 18th St 602 New York NY 10011_00221 | Andy Ryan Photographer LLC |
| 2 VA 2-381-755 | 2023-10-16_515 W 18th St 602 New York NY 10011_00148 | Andy Ryan Photographer LLC |
| 3 VA 2-381-755 | 2023-10-16_515 W 18th St 602 New York NY 10011_00175 | Andy Ryan Photographer LLC |
| 4 VA 2-381-755 | 2023-10-16_515 W 18th St 602 New York NY 10011_00210 | Andy Ryan Photographer LLC |
| 5 VA 2-381-755 | 2023-10-16_515 W 18th St 602 New York NY 10011_00130 | Andy Ryan Photographer LLC |
| 6 VA 2-381-755 | 2023-10-16_515 W 18th St 602 New York NY 10011_00136 | Andy Ryan Photographer LLC |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY ☐ Amendment ☐ Answer ☐ Cross Bill ☐ Other Pleading | |
|---|---|---|
| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
| 1 | | |
| 2 | | |
| 3 | . | |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached.

| COPY ATTACHED ☐ Order ☐ Judgment | WRITTEN OPINION ATTACHED ☐ Yes ☐ No | DATE RENDERED |
|---|---|---|

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|

**DISTRIBUTION:**

1) Upon initiation of action, mail copy to Register of Copyrights

2) Upon filing of document adding copyright(s), mail copy to Register of Copyrights

3) Upon termination of action, mail copy to Register of Copyrights

4) In the event of an appeal, forward copy to Appellate Court

5) Case File Copy