**Jones IP Legal Services**

Michael R. Jones – Managing Member
mjones@jonesipl.com
www.JonesIPL.com

June 24, 2026

The request is granted. The conference scheduled for June 30, 2026, at 3:00 p.m. is adjourned to July 2, 2026, at 10:00 a.m. Counsel shall refer to the Court's Order at Docket Number 16 for call-in information.

The Clerk of Court is respectfully directed to close Docket Number 17.

**VIA ECF AND EMAIL**
Honorable John P. Cronan
United States District Court
Southern District of New York
500 Pearl Street, Room 1320
New York, NY 10007
CronanNYSDChambers@nysd.uscourts.gov

SO ORDERED.
June 25, 2026
New York, New York

JOHN P. CRONAN
United States District Judge

**Re:     Andy Ryan Photographer, LLC v. Besa Restoration, LLC, No. 1:26-cv-02533-JPC**
**Request to Reschedule June 30, 2026 Pre-Motion Conference**

Dear Judge Cronan:

I represent Defendant and Counterclaimant Besa Restoration, LLC in the above-captioned action. I respectfully write pursuant to Your Honor's Individual Rules to request that the pre-motion conference currently scheduled for June 30, 2026 at 3:00 p.m. be rescheduled. Dkt. 16.

The original date set for the conference is June 30, 2026 at 3:00 p.m. The parties respectfully request that the conference be rescheduled to July 1 or July 2, 2026, at a time convenient for the Court.

The reason for this request is that counsel for Defendant is unavailable on June 30, 2026. The parties have conferred, and both sides are available on July 1 or July 2, 2026.

This is Defendant's second request for an adjournment or extension in this case. Defendant's first request sought an extension of Defendant's deadline to answer, move, or otherwise respond to the Complaint, Dkt. 10, which the Court granted, Dkt. 11. This is Defendant's first request to adjourn or reschedule the June 30, 2026 conference.

Plaintiff's counsel consents to this request.

I thank the Court for its consideration.

Respectfully submitted,

/s/ Michael Ryan Jones

Michael Ryan Jones
Jones Intellectual Property
*Attorney for Defendant and Counterclaimant Besa Restoration, LLC*

1 of 1